UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL RIES,
an individual,

   Plaintiff,

v.

U.S. DEPARTMENT OF
EDUCATION,
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company, and
TRANS UNION, LLC,
a foreign limited liability company,

   Defendants.
_____/

Case No.: 8:24-cv-01674-KKM-AAS

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT U.S. DEPARTMENT OF EDUCATION**

**COMES NOW**, Plaintiff, PAUL RIES ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, U.S. DEPARTMENT OF EDUCATION ("USDE") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and USDE will request that this matter be dismissed with prejudice.

Dated: May 2, 2025

              Respectfully submitted,

1

SWIFT LAW PLLC
/s/ *Jon P. Dubbeld*
**Aaron M. Swift, Esq., FBN 0093088**
**Jordan T. Isringhaus, Esq., FBN 0091487**
**Jon P. Dubbeld, Esq., FBN 105869**
**Sean E. McEleney, Esq., FBN 125561**
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2025, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff

2