# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PAUL RIES,

                                                             Case No.: 8:24-cv-01674-KKM-AAS

      Plaintiff,

v.

U.S. DEPARTMENT OF
EDUCATION,
EQUIFAX INFORMATION
SERVICES, LLC and
TRANS UNION LLC,

      Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, U.S. DEPARTMENT OF EDUCATION

      Plaintiff, Paul Ries (hereinafter, "Plaintiff"), and Defendant, U.S. Department of Education (hereinafter, "ED"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this *Joint Stipulation for Dismissal with Prejudice as to U.S. Department of Education* as follows:

      There are no longer any issues in this matter between Plaintiff and ED to be determined by this Court. Plaintiff and ED hereby stipulate that all causes of action that were or could have been asserted against ED are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

      Dated: July 9, 2025

Respectfully submitted,

SWIFT LAW PLLC
/s/ Jon P. Dubbeld
Jon P. Dubbeld, Esq. FBN 0093088
11300 4th Street N., Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
jdubbeld@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

/s/ Christopher J. Emden
CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa St., Suite 3200
Tampa, FL 33602
Telephone No.: (813) 274-6000
Facsimile No.: (813) 274-6198
E-mail: Christopher.Emden@usdoj.gov

*Counsel for Defendant U.S. Department of Education*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2025, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to U.S. Department of Education* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ Jon P. Dubbeld
Attorney